**STATE of Missouri, Respondent,**

v.

**Stanley A. LANE, a/k/a Charles E. Brown, Appellant.**

**No. WD 39848.**

Missouri Court of Appeals, Western District.

Oct. 4, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 1988.

Application to Transfer Denied Jan. 17, 1989.

Sean O'Brien, Public Defender, and David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, and Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and BERREY and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from conviction upon jury-tried case of robbery in the second degree, section 569.030, RSMo 1986, and sentence of eight years' imprisonment.

Judgment affirmed. Rule 30.25(b).